# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**ASHLEY SHAWNESE JOHNSON,** :
                    Plaintiff, :
    v.                         :
                               : NO. 23-3929 SWR
**SAGE DINING SERVICES, INC.,** :
                               :
                    Defendant. :
                               :

## ORDER

**AND NOW** this 6th day of November, 2024, upon consideration of the Defendant's Motion for Summary Judgment, it is **ORDERED** that the motion is **GRANTED in part** and **DENIED in part.** The motion is **GRANTED** on the ADA and PHRA Retaliation claims. The motion is **DENIED** on the ADA and PHRA Failure to Accommodate claims. The motion is **DENIED AS MOOT** on the FMLA claim.

BY THE COURT:

*s/Scott W. Reid*
**SCOTT W. REID**
**U.S. MAGISTRATE JUDGE**